A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Oct 26, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

Oct 08, 2009

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

C 09-4135 SC
(SEE ATTACHED SCHEDULE)

FILED
NOV - 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-327)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,871 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Oct 26, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10/27/09
Tom Dorsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                          MDL No. 875

### SCHEDULE CTO-327 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**    **CASE CAPTION**

ALABAMA NORTHERN
ALN  2   09-1812   ~~Charles Corley, et al. v. Long-Lewis, Inc., et al.~~ **Opposed 10/26/09**

CALIFORNIA CENTRAL
CAC  2   09-6698   James H. Prange, et al. v. Alfa Laval, Inc., et al.
CAC  2   09-6952   ~~Willie Gill, etc. v. A.W. Chesterton Co., et al.~~ **Opposed 10/23/09**

CALIFORNIA NORTHERN
CAN  3   09-4135   Claudia Escalera, et al. v. Northrop Grumman Corp., et al.
CAN  3   09-4394   ~~Harold Gerecke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ **Opposed 10/26/09**
CAN  3   09-4605   Jack E. Jones v. General Electric Co.
CAN  4   09-4606   Sidney Walker v. General Electric Co., et al.

CONNECTICUT
CT   3   09-497    Samuel Allen, et al. v. General Electric Co., et al.
CT   3   09-645    Louise Wight, et al. v. General Electric Co., et al.
CT   3   09-879    Donald Schaff v. Buffalo Pumps, Inc., et al.

LOUISIANA EASTERN
LAE  2   09-6365   ~~Colleen Comer Marchand, et al. v. Anco Insulations, Inc., et al.~~ **Vacated 10/23/09**

MAINE
ME   2   09-486    Donald Clark, et al. v. Trane U.S., Inc., et al.

NORTH CAROLINA EASTERN
NCE  2   09-29     Brenda Brown v. A.W. Chesterton Co., et al.
NCE  2   09-46     Rudolph Simmons v. A.W. Chesterton Co., et al.
NCE  2   09-47     Emma M. Knight v. A.W. Chesterton Co., et al.
NCE  4   09-156    Robert Liston Whitaker, et al. v. A.W. Chesterton Co., et al.
NCE  5   09-174    Erness H. Jandreau, etc. v. Alfa Laval USA, Inc., et al.
NCE  5   09-342    Connie L. Manis, etc. v. Anchor Packing Co., et al.
NCE  7   09-140    William Bernard Clark, Jr., et al. v. A.W. Chesterton Co., et al.

NORTH CAROLINA MIDDLE
NCM  1   09-704    Herman Joel Ennis, et al. v. A.W. Chesterton Co., et al.
NCM  1   09-757    William Henry Oakley, et al. v. A.W. Chesterton Co., et al.
NCM  1   09-758    Donald Edward Warren, et al. v. A.W. Chesterton Co., et al.

**MDL No. 875 - Schedule CTO-327 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-344 | Ronald Clark Bowman, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-345 | Ernest Wade Currie, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-346 | Nathan Lee Ottinger, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-363 | Sylvia Smith Readling, etc. v. A.W. Chesterton Co., et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9571 | Melvin W. Bicknell v. American Standard, Inc., et al. |
| VAE | 2 | 09-9572 | Pedro Flores, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9573 | Charles C. Houska v. American Standard, Inc., et al. |
| VAE | 2 | 09-9574 | Wilfred J. Hudson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9575 | Hilmar Pike v. American Standard, Inc., et al. |
| VAE | 2 | 09-9576 | Eugene A. Heldenbrand v. American Standard, Inc., et al. |
| VAE | 2 | 09-9577 | Gene Pacheco v. American Standard, Inc., et al. |
| VAE | 2 | 09-9578 | Thomas J. Quimby v. American Standard, Inc., et al. |
| VAE | 2 | 09-9579 | Jerry A. Baker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9580 | Joseph L. Engley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9581 | James Garner v. American Standard, Inc., et al. |
| VAE | 2 | 09-9582 | Charles E. Irving v. American Standard, Inc., et al. |
| VAE | 2 | 09-9583 | John D. Klepinger v. American Standard, Inc., et al. |
| VAE | 2 | 09-9584 | John A. Klomp v. American Standard, Inc., et al. |
| VAE | 2 | 09-9585 | Glen Rosier v. American Standard, Inc., et al. |
| VAE | 2 | 09-9586 | David L. Savage v. American Standard, Inc., et al. |
| VAE | 2 | 09-9587 | William T. Smith v. American Standard, Inc., et al. |
| VAE | 2 | 09-9588 | Edmund V. Sobota v. American Standard, Inc., et al. |
| VAE | 2 | 09-9589 | Ronald Valent v. American Standard, Inc., et al. |
| VAE | 2 | 09-9590 | Gailand A. Yates v. American Standard, Inc., et al. |
| VAE | 2 | 09-9591 | Richard E. Blackstone v. American Standard, Inc., et al. |
| VAE | 2 | 09-9592 | Willis W. Smeilis v. American Standard, Inc., et al. |
| VAE | 2 | 09-9593 | Raymond R. Wilson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9594 | Roger L. Hill v. American Standard, Inc., et al. |
| VAE | 2 | 09-9595 | William H. Monroe, Jr., etc. (Harry Raymond Meeks, Sr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9596 | William H. Monroe, Jr., etc. (Merele D Morrison) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9597 | Leland Claybrook v. Alfa Laval, Inc., et al. |
| VAE | 2 | 09-9598 | Jose M. Montoya v. American Standard, Inc., et al. |
| VAE | 4 | 09-92 | Raymond Edward Stevens v. 3M Business Products Sales, Inc., et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 09-967 | Paul George McKenzie, et al. v. Saberhagen Holdings, Inc., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 1 | 09-757 | Anthony Arendt v. A.W. Chesterton Co., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797



RECEIVED
NOV - 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-327) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule included in this mailing. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure